E-FILED
Wednesday, 14 March, 2012   11:57:01 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KELLI S. SEVERNS and )<br>JP MORGAN CHASE )<br>f/k/a BANK ONE, )<br>)<br>Defendants. ) | Civil No. 11-3078 |

## OPINION CONFIRMING SALE

The U.S. Marshal has been appointed by the Court to sell property at issue in this case. The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court. The Court, having reviewed the relevant materials, finds as follows:

1. The common address and legal description of the real estate at issue:

    Common Address: 509 East High, Manito, Illinois 61546

    Lot 9 in Block 4 in Park Addition to Manito, Mason County, Illinois, Excepting therefrom,

    A part of Lot 9 in Block 4 in Park Addition to Manito, Illinois, more particularly described as follows:

    > Commencing at the Southeast corner of said Lot 9, thence continuing North along the East Lot line for a distance of 94.98 feet to a point, thence at a 45 degree angle Southwesterly for a distance of 4.03 feet to a point, thence commencing South parallel to the East Lot line a distance of 91.98 feet to the South boundary of said Lot line; thence East along said Lot line 3 feet to the point of beginning,

    Also

A part of Lot 10 in Block 4 in Park Addition to Manito, Illinois, more particularly described as follows:

Commencing at the Northwest corner of said Lot 10 in Block 4 in Park Addition to Village of Manito, State of Illinois, thence commencing South along said Lot line a distance of 53.00 feet to a point, thence Northeasterly on a 45 degree angle a distance of 4.23 feet to a point, thence North along a line parallel to the Lot line a distance of 50.00 feet to the North boundary of said Lot 10, thence West along the North boundary of said Lot 10 a distance of 3.00 feet to the point of beginning, all situated, lying and being in the County of Mason, State of Illinois.

Situated in Mason County, Illinois.

PIN: 008-1565000

2. A notice required in accordance with 735 ILCS 5/15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

3. The terms of sale were fair and not unconscionable;

4. The sale was conducted fairly and without fraud;

5. Justice was done by the sale;

6. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

7. This Court obtained personal jurisdiction over the defendants.

IT IS THEREFORE ORDERED:

A. The U.S. Marshal's report of the sale is approved and the sale is confirmed.

B. The United States has not waived its right to subsequently administratively collect or reduce to judgment in a separate cause of action against the defendant(s) signing the promissory note secured by the mortgage foreclosed herein the resulting deficiency set forth in the Report of Sale, even though no such deficiency judgment is sought in this foreclosure proceeding.

C. The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS 15-1509(a).

D. The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

E. There is no just reason to delay enforcement of or appeal from this final order.

ENTER: __14 March__, 2012.

s/ Richard Mills

RICHARD MILLS
UNITED STATES DISTRICT JUDGE